AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| DAN CAPLINGER <br><br> Plaintiff(s) <br> v. <br> BOSTON MUTUAL LIFE INSURANCE COMPANY and EMPLOYER FLEXIBLE HR, LLC HEALTH AND WELFARE PLAN <br> Defendant(s) | Civil Action No. 4:18-cv-04734 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Employer Flexible HR, LLC Health and Welfare Plan
Registered Agent:
Employer Flexible HR, LLC
7192 Sam Houston Parkway, Suite 200
Houston, Texas 77064

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Amar Raval
Berg Plummer Johnson & Raval LLP
3700 Buffalo Speedway, Suite 1150
Houston, Texas 77098

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DAVID J. BRADLEY

CLERK OF COURT

Date: 12·18·18

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 4:18-cv-04734

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Employer Flexible HR, LLC - Health and Welfare Plan

was received by me on *(date)* 12/20/2018 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Amy coffey, HRdept., benefits specialist , who is designated by law to accept service of process on behalf of *(name of organization)* Employer Flexible HR, LLC at 7102 W Sam Houston Pkwy W, Houston, Texas 77064 on *(date)* 12/27/2018 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12/29/2018

*Server's signature* — Andrew L. Garza — PSC 4491 Exp. 12/31/19

Andrew L. Garza    Certified Texas Process Server
*Printed name and title*

Legal Process Resources
2042 Glencove Dr., Seabrook, Tx 77586
281-830-6000
*Server's address*

Additional information regarding attempted service, etc:
Delivered at 4:59 p.m. personally by hand