IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAN CAPLINGER, § § | |
| Plaintiff, § § | |
| v. § § | C.A. No. 4:18-cv-04734 |
| BOSTON MUTUAL LIFE § INSURANCE COMPANY and § EMPLOYER FLEXIBLE HR, LLC § HEALTH AND WELFARE PLAN, § § | |
| Defendants. § | |

**AGREED ORDER GRANTING THIRD STIPULATION
TO EXTEND ANSWER DEADLINE**

Plaintiff Dan Caplinger ("Plaintiff") and Defendant Boston Mutual Life Insurance Company ("Boston Mutual") filed their Third Agreed Stipulation to Extend Answer Deadline in the above cause ("Agreed Stipulation"). The Court, having reviewed the Agreed Stipulation, is of the opinion that the Agreed Stipulation is well-taken and should be GRANTED. It is therefore

ORDERED that the deadline for Defendant Boston Mutual Life Insurance Company to answer or otherwise respond to Plaintiff's Original Complaint is extended to March 21, 2019.

SO ORDERED.

SIGNED this 1st day of March, 2019.

_____
CHIEF JUDGE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

**STIPULATED AND AGREED TO:**

By: /s/ *Amar Raval (with permission)*
    Amar Raval
    State Bar No. 24046682
    S.D. No. 619209
    araval@bergplummer.com

**BERG PLUMMER JOHNSON
& RAVAL LLP**
3700 Buffalo Speedway, Suite 1150
Houston, Texas 77098
(713) 526-0200 – telephone
(832) 615-2665 – facsimile

*ATTORNEYS FOR PLAINTIFF
DAN CAPLINGER*

By: /s/ *Nicole H. Muñoz*
    Andrew G. Jubinsky
    State Bar No. 11043000
    S.D. No. 8603
    Andrew.jubinsky@figdav.com
    Nicole H. Muñoz
    State Bar No. 24098153
    S.D. No. 2995810
    Nicole.munoz@figdav.com

**FIGARI + DAVENPORT, LLP**
901 Main Street, Suite 3400
Dallas, Texas 75202
(214) 939-2000 – telephone
(214) 939-2090 – facsimile

*ATTORNEYS FOR DEFENDANT BOSTON
MUTUAL LIFE INSURANCE COMPANY*