United States District Court
Southern District of Texas
**ENTERED**
March 26, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAN CAPLINGER | § | |
| | § | |
| VS. | § | CA No. 4:18-cv-04734 |
| | § | |
| BOSTON MUTUAL LIFE | § | |
| INSURANCE COMPANY and | § | |
| EMPLOYER FLEXIBLE HR, LLC | § | |
| HEALTH AND WELFARE PLAN | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Plaintiff's Stipulation of Dismissal (Document 15), this action hereby is DISMISSED with prejudice.

Each party shall bear their own attorneys' fees and costs.

SO ORDERED.

SIGNED this 25th day of March, 2019.

CHIEF JUDGE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE